UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:12-cr-101 |
| v. | ) |
| | ) COLLIER / LEE |
| TERRANCE MCCULLOUGH | ) |

**O R D E R**

Before the Court are Defendant's motion to suppress [Doc. 13] and Defendant's motion to strike the motion to suppress [Doc. 20]. For good cause shown, the motion to strike the motion to suppress [Doc. 20] is **GRANTED**, and the motion to suppress [Doc. 13] is **STRICKEN**.

It is hereby **ORDERED** that this matter is **RESET** for trial before a United States District Judge and jury on **March 18, 2013**, in the third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee. The parties shall be prepared to commence trial at 9:00 a.m. on the date which has been assigned. If this case is not heard at 9:00 a.m. on the date assigned, it will be held in line pending notification from the Court. The final pretrial conference is **RESET** to **4:00 p.m. on March 7, 2013**. The plea negotiation deadline is extended to **February 25, 2013**. Any written plea agreement shall be executed by said date.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE